TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff to the
Deputy Attorney General
Associate Deputy Attorney General
Special Attorney
DAVID INKELES
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2813
David.inkeles@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YOLANDA HERNANDEZ VASQUEZ, *as administrator of the estate of Carlos Gregorio Hernandez Vasquez,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | Hon. Claire C. Cecchi, U.S.D.J.<br><br>Civil Action No. 25-cv-16837<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY UNDER LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which the United States of America may answer, move, or otherwise respond to the complaint. It is represented that:

1. The United States has not previously obtained an extension.

2. Plaintiff served the United States Attorney's Office on or about November 12, 2025.

3.  The time to answer, move, or otherwise reply under Rule 12(a)(2) expires on January 12, 2026.

4.  An extension is requested to and including **January 26, 2026**.

        Respectfully submitted,

        TODD BLANCHE
        U.S. Deputy Attorney General

        JORDAN FOX
        Chief of Staff to the
        Deputy Attorney General
        Associate Deputy Attorney General
        Special Attorney

By:   /s/ *David Inkeles*
       DAVID W. INKELES
       Assistant United States Attorney
       *Attorneys for the United States*

cc:     Counsel of Record (via ECF)

## [PROPOSED] ORDER

The United States' application for a clerk's extension is GRANTED this ___ day of Janaury, 2026, and the due date for the United States to answer, move or otherwise respond to the Complaint is extended to January 26, 2026.

MELISSA E. RHOADS

By: _____
      Deputy Clerk