**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.Judka@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2825*

July 17, 2026

**Via Electronic Filing**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Hernandez Vasquez v. United States,* No. 25-16837 (CCC)(JSA)**
**Request to Extend Administrative Termination On Consent**

Dear Judge Cecchi:

This Office represents the United States in this Federal Tort Claims Act action. On March 19, 2026, at the request of the Parties, the Court administratively terminated this matter to allow the parties to explore a potential resolution without the need for further litigation. ECF No. 24. On May 15, 2026, on consent, the parties requested that the administrative termination period be extended another 60 days to allow the parties to continue settlement negotiations, and the Court granted this request. ECF Nos. 25-26. The administrative termination period under this order expires on July 17, 2026. *Id*. We respectfully request that the Court extend the administrative termination period for another 30 days to allow the parties to continue settlement negotiations. Plaintiff consents to this request.

The parties respectfully propose that the Court permit the parties to file a status update regarding the progress of settlement discussions on or before the last day of the administrative stay period.

We thank the Court very much for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ *Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney

s/ *David Inkeles*
DAVID INKELES
Assistant United States Attorney
Attorneys for Defendants

cc: Counsel of Record (By ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 7/20/2026